UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMELIA J. TOJINO,<br><br>           Plaintiff,<br>    v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>           Defendants. | Case No.: C 11-00045 PSG<br><br>**ORDER THAT CASE BE REASSIGNED** |

A case management conference was scheduled to be held on April 5, 2011. Thus, the parties were required either to consent to proceed before a magistrate judge or to request reassignment to a district judge by March 29, 2011.[1] None of the parties had either consented or declined to proceed before a magistrate judge by that date.

On March 30, 2011, the court continued the case management conference and ordered the parties to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment" no later than April 5, 2011. To date, none of the parties has done so. Accordingly,

---

[1] *See* 1/5/2011 ADR Scheduling Order (requiring that a case management statement be submitted no later than March 29, 2011); Civ. L.R. 73-1(a)(1) (requiring parties to consent or request reassignment by the deadline for filing the case management conference statement).

ORDER, *page 1*

1   IT IS HEREBY ORDERED that this case be reassigned to a district judge.

2   Dated: April 22, 2011

3   _____
    PAUL S. GREWAL
4   United States Magistrate Judge

ORDER, *page 2*