UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMELIA J. TOJINO, | ) ) | Case No.: 11-CV-00045-LHK |
| Plaintiff, | ) ) | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | ) ) | |
| JP MORGAN CHASE BANK, N.A., et al., | ) ) ) | |
| Defendant. | ) ) ) | |

On May 18, 2011, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to timely serve Defendants. The Court noted that Plaintiff had failed to appear at a scheduled Case Management Conference, failed to consent or decline to proceed before a Magistrate Judge by the deadline set by Judge Grewal, and failed to serve Defendants within the time period set forth in Federal Rule of Civil Procedure 4(m). The Court ordered Plaintiff to file a written response by June 2, 2011, and advised Plaintiff that failure to timely respond would result in dismissal of this case without prejudice. Plaintiff has not filed a response to the Court's Order to Show Cause or taken any other action to litigate this case. Accordingly, this action is hereby DISMISSED without prejudice for failure to timely serve Defendants and failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00045-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE